**To Counsel/staff:**

**READ INSTRUCTIONS and then DISREGARD ATTACHING THIS PAGE to the completed Summons Issued document.**

**INSTRUCTIONS:**

- Upon receipt of this NEF for the Summons Issued, please print or download the filed one-page document, with the PDF header included showing the date of issue and civil (member) case number.
- Insert this dated, signed and sealed document in front of the first page of the case-specific proposed summons document, including your supplemental pages of defendants' names and addresses (for addresses refer to CMO No. 6 on proper procedure to affect service either by Alternative Service of Process – see also CMO Nos. 6.A-6.J – or by traditional method as prescribed in FRCP 4).
- Please use the completed document for service on defendants.

If counsel needs further instruction or clarification, please contact the MDL 2873 case administrator (contact information as listed on the Court's website). Thank you.

# UNITED STATES DISTRICT COURT

for the

Charleston Division District of South Carolina

| | | |
|---|---|---|
| ***See attached for member case Plaintiff(s)*** *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. **MDL 2873** This Document Relates to ***See attached for member case and civil number as listed in PDF header*** |
| ***See attached for member case Defendant(s)*** *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
***See attached for member case Defendant(s) name(s) and address(es)***

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
***See attached for member case plaintiff's attorney name and address***

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume
*CLERK OF COURT*

Date: April 02, 2026

s/S. Shealy
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

☐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

☐ I returned the summons unexecuted because ______________________ ; or

☐ Other *(specify)*: ______________________
______________________ .

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________ .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc: